

"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of _____

STOP:
** INVOICE **

INVOICE NUMBER: BR0113
INVOICE DATE: 01/03/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

SHIP TO:
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY    10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42778 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 171.80 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 171.80 | 7.375 | 12.67 | .00 | 184.47 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR0127

INVOICE DATE: 01/03/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ    07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42803 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | EA |  | RCP2655GRA | 55 GL GARBAGE CAN | 1 | T | 53.95 | EA | 323.70 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 323.70 | 7.000 | 22.66 | .00 | 346.36 |

C'D BY _____  TIME _____
ME (PRINT) _____  PCS. _____
STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of ___

STOP:
** INVOICE **

**INVOICE NUMBER**
BR0128

**INVOICE DATE**
01/03/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY           11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ    07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42704 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | EA |  | BRU20436 | 36" PUSH BROOM GRAY FLAGGED | 1 | T | 19.95 | EA | 199.50 |
| 10 | EA |  | BRHND | BROOM HANDLE WOODEN | 1 | T | 2.99 | EA | 29.90 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 20 | .00 | 229.40 | 7.000 | 16.06 | .00 | 245.46 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **
INVOICE NUMBER: BR0131
INVOICE DATE: 01/03/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN:   ANDY ARANGO
250 WAYNE TOWNE CENTER
WAYNE, NJ    07470

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42766 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CS | | PGC40509 | SWIFFER HAND DUSTERS | 7 | 1 | 42.95 | CS | 300.65 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 7 | .00 | 300.65 | 7.000 | 21.05 | .00 | 321.70 |

C'D BY _____ TIME _____
ME (PRINT) _____ PCS. _____
STOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
*The Right Solution For Every Packaging Need*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of 1

STOP:
** INVOICE **

INVOICE NUMBER: BR0253
INVOICE DATE: 01/03/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY  11590

SHIP TO:
FORTUNOFF
ATT: KEVIN HALPIN
3 WEST 57TH STREET
NEW YORK, NY  10019

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42683 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 85.90 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 85.90 | 8.375 | 7.19 | .00 | 93.09 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BR0396 |
| INVOICE DATE |
| 01/03/08 |

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:** FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:** FORTUNOFF
231 ROUTE 35
EATONTOWN, NJ    07724

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42685 | UPS | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | REC77182 | LYSOL SANITIZING WIPES CITRUS | 420 | T | 33.95 | CS | 33.95 |
| 2 | EA | | UNGEDPBR | DUST PAN COMBO | 1 | T | 32.95 | EA | 65.90 |

| ITEMS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 3 | .00 | 99.85 | 7.000 | 6.99 | .00 | 106.84 |

R'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

**INVOICE NUMBER:** BR0460
**INVOICE DATE:** 01/04/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN: ANDY ARANGO
WOODBRIDGE, NJ    07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42780 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 429.50 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 10 | .00 | 429.50 | 7.000 | 30.07 | .00 | 459.57 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BR0461 |

| INVOICE DATE |
|---|
| 01/04/08 |

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

SHIP TO:
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN: ANDY ARANGO
WOODBRIDGE, NJ     07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42888 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | 912B-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 107.80 |
| 10 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 209.50 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 14 | .00 | 317.30 | 7.000 | 22.21 | .00 | 339.51 |

'D BY _____ TIME _____
1E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

**STOP:**
** INVOICE **

**INVOICE NUMBER**
BR0793

**INVOICE DATE**
01/07/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY    11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42902 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 20 | CS | | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 699.00 |
| 3 | CS | | TMS2512 | TIME MIST POWDER AIR FRESHENE | 12 | T | 39.95 | CS | 119.85 |
| 2 | CS | | TOILET/SC | TOILET SEAT COVERS | 5000 | T | 34.95 | CS | 69.90 |
| | | | | BALANCE OF TOILET SEAT COVERS ARE ON BACKORDER | | | | | |
| 5 | CS | | 9128-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 134.75 |
| 3 | BX | | USCD | URINAL SCREEN+BLOCK | 12 | T | 9.95 | BX | 29.85 |
| 20 | CS | | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 730.00 |
| 15 | CS | | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 314.25 |
| 3 | CS | | 378MS | 8oz MYSTIQUE HOT CUP | 1000 | T | 41.95 | CS | 125.85 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 71 | .00 | 2223.45 | 8.625 | 191.77 | .00 | 2415.22 |

'D BY _____ TIME _____
ME (PRINT) _____ PCS. _____
;TOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



## BORAX
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR0837
INVOICE DATE: 01/07/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
250 WAYNE TOWNE CENTER
WAYNE, NJ    07470

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42900 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 3 | CS |  | 5N25 | TRANSLUCENT CUP 5oz | 2500 | T | 32.95 | CS | 98.85 |
| 4 | CS |  | TOILET7SC | TOILET SEAT COVERS | 5000 | T | 34.95 | CS | 139.80 |
| 4 | CS |  | 9128-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 107.80 |
| 5 | CS |  | RB6002 | ROLL TOWEL WHITE 12?600' | 12 | T | 36.50 | CS | 182.50 |
| 15 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 314.25 |
| 15 | CS |  | PB3340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 281.25 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 56 | .00 | 1473.95 | 7.000 | 103.18 | .00 | 1577.13 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR0935
INVOICE DATE: 01/07/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY    10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42901 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 3 | CS |  | SN25 | TRANSLUCENT CUP 5oz | 2500 | T | 32.95 | CS | 98.85 |
| 2 | CS |  | TMS2512 | TIME MIST POWDER AIR FRESHENE | 12 | T | 39.95 | CS | 79.90 |
| 4 | CS |  | TOILET/SC | TOILET SEAT COVERS | 5000 | T | 34.95 | CS | 139.80 |
| 3 | BX |  | USCD | URINAL SCREEN+BLOCK | 12 | T | 9.95 | BX | 29.85 |
| 0 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | .00 |
| 3 | CS |  | 378MS | 8oz MYSTIQUE HOT CUP | 1000 | T | 41.95 | CS | 125.85 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 25 | .00 | 823.75 | 7.375 | 60.75 | .00 | 884.50 |

D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
*"The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR1004
INVOICE DATE: 01/08/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ     07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42952 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 69.90 |
| 2 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 73.00 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 142.90 | 7.000 | 10.00 | .00 | 152.90 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
:TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712


*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ Of _____

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BR1090 |

| INVOICE DATE |
|---|
| 01/08/08 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
750 ZECKENDOFF BLVD
GARDEN CITY, NY    11530

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42931 | BORAX TRUCK | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CS |  | TWRAG | T SHIRT RAGS (30#/CS) | 30 | T | 59.95 | CS | 179.85 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 3 | .00 | 179.85 | 8.625 | 15.77 | 3.00 | 198.62 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ Of _____

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

STOP:
** INVOICE **

INVOICE NUMBER: BR1508
INVOICE DATE: 01/09/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY    11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42930 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 20 | EA |  | RCP2956GRA | 28 QT WASTE BASKET (2956) | 1 | T | 4.95 | EA | 99.00 |

| S | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 20 | .00 | 99.00 | 8.625 | 8.54 | .00 | 107.54 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

STOP:
** INVOICE **

| INVOICE NUMBER |
| --- |
| BR1659 |

| INVOICE DATE |
| --- |
| 01/10/08 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
| --- | --- | --- |
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

| SOLD TO | SHIP TO |
| --- | --- |
| FORTUNOFF SHOPPING CENTER, INC<br>FORTUNOFF FINE JEWELRY<br>P.O. BOX 836<br>WESTBURY, NY       11590 | FORTUNOFF<br>ATT: ANDY ARANGO<br>115 ROUTE 22 E<br>SPRINGFIELD, NJ      07081 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
| --- | --- | --- | --- | --- | --- | --- |
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43007 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 41.90 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | .00 | 41.90 | 7.000 | 2.93 | .00 | 44.83 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712