

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BQ8457 |

| INVOICE DATE |
|---|
| 12/21/07 |

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

| SOLD TO | SHIP TO |
|---|---|
| FORTUNOFF SHOPPING CENTER, INC<br>FORTUNOFF FINE JEWELRY<br>P.O. BOX 836<br>WESTBURY, NY        11590 | FORTUNOFF<br>ATTN: ANDY ARRANGO<br>1 MAPLE AVENUE<br>WHITE PLAINS, NY       10601 |

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42757 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS |  | KCC21400 | FACIAL TISSUE 36/100 KLEENEX | 36 | T | 41.95 | CS | 83.90 |

| S | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | .00 | 83.90 | 7.375 | 6.19 | .00 | 90.09 |

'D BY _____  TIME _____
IE (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BQ8493
INVOICE DATE: 12/24/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

SHIP TO:
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY    10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42778 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CS |  | KCC21400 | FACIAL TISSUE 36/100 KLEENEX | 36 | T | 41.95 | CS | 125.85 |
| 2 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 85.90 |
| 1 | CS |  | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 271.35 | 7.375 | 20.01 | .00 | 291.36 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 100

ORIGINAL



**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BQ8498
INVOICE DATE: 12/24/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

**SHIP TO:**
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN:  ANDY ARANGO
WOODBRIDGE, NJ        07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42780 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 3 | CS |  | 5N25 | TRANSLUCENT CUP 5oz | 2500 | T | 32.95 | CS | 98.85 |
| 0 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | .00 |
| 3 | BX |  | USCD | URINAL SCREEN+BLOCK | 12 | T | 9.95 | BX | 29.85 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.00 |
| 2 | CS |  | 378MS | 8oz MYSTIQUE HOT CUP | 1000 | T | 41.95 | CS | 83.90 |
| 1 | CS |  | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 986.70 | 7.000 | 69.07 | .00 | 1055.77 |

'D BY _____   TIME _____
IE (PRINT) _____   PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of

STOP:
** INVOICE **

INVOICE NUMBER: BQB600
INVOICE DATE: 12/24/07

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
250 WAYNE TOWNE CENTER
WAYNE, NJ    07470

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42766 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 0 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | .00 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.00 |
| 10 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 209.50 |
| 10 | CS |  | PB3340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 187.50 |
| 1 | CS |  | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 41 | .00 | 1171.10 | 7.000 | 81.98 | .00 | 1253.08 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



*The Right Solution For Every Packaging Need*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 Of __

STOP:
** INVOICE **

INVOICE NUMBER: BQ8602
INVOICE DATE: 12/24/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY   11590

**SHIP TO:**
FORTUNOFF
1155 PARAMUS PARK MALL
ATTN:  ANDY ARANGO
PARAMUS, NJ   07652

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42777 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CS | | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 178.80 |

| S | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 3 | .00 | 178.80 | 7.000 | 12.52 | .00 | 191.32 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



"he Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ Of _____

STOP:
** INVOICE **

INVOICE NUMBER: BQ8618
INVOICE DATE: 12/24/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

SHIP TO:
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY     11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42779 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 13 | CS | | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 454.35 |
| 3 | CS | | KCC21400 | FACIAL TISSUE 36/100 KLEENEX | 36 | T | 41.95 | CS | 125.85 |
| 0 | CS | | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | .00 |
| 20 | CS | | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 730.00 |
| 1 | CS | | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 37 | .00 | 1369.80 | 8.625 | 118.15 | .00 | 1487.95 |

'D BY _____  TIME _____
IE (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

STOP:
** INVOICE **

INVOICE NUMBER: BQ9057
INVOICE DATE: 12/27/07

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

SHIP TO:
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY    11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| V  6B | FOR017 | 516 832-9000 | NET 15 DAYS | 42789 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.5 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.0 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| 20      .00 | 714.50 | 8.625 | 61.63 | .00 | 776.13 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ Of _____

STOP:
** INVOICE **

INVOICE NUMBER
BQ9058

INVOICE DATE
12/27/07

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY          11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY          11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | B/O 42779 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 244.65 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 7 | .00 | 244.65 | 8.625 | 21.10 | .00 | 265.75 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



"The Right Solution For Every Packaging Need"

# PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BQ9281
INVOICE DATE: 12/28/07

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

**DRIVER MESSAGE**

**MARKETING MESSAGE**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ    07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42803 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 69.90 |
| 2 | CS | | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 73.00 |
| 10 | CS | | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 209.50 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 14 | .00 | 352.40 | 7.000 | 24.67 | .00 | 377.07 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **
INVOICE NUMBER: BQ9310
INVOICE DATE: 12/28/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY    11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42779 | BORAX TRUCK * | 11-2095980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | PGC43516 | MR CLEAN MAGIC ERASER 674 | 24 | T | 27.95 | CS | 27.95 |

| TS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 27.95 | 8.625 | 2.41 | .00 | 30.36 |

C'D BY ___  TIME ___
ME (PRINT) ___  PCS. ___
STOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ Of ___

** INVOICE **

STOP:

**INVOICE NUMBER**
BQ9724

**INVOICE DATE**
12/31/07

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATT: KEVIN HALPIN
3 WEST 57TH STREET
NEW YORK, NY    10019

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42835 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CS |  | CB520 | C-FOLD TOWEL | 2400 | T | 20.50 | CS | 123.00 |

| PCS. | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 123.00 | 8.375 | 10.30 | .00 | 133.30 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of _____

STOP:
** INVOICE **

INVOICE NUMBER: BQ9769
INVOICE DATE: 12/31/07

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

SHIP TO:
FORTUNOFF

154 WEST DEKALB PIKE
KING OF PRUSSIA, PA   19406

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42834 | UPS | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 34.95 |
| 1 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 20.95 |
| 1 | CS |  | PB3340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 18.75 |
| 1 | CS |  | 100-216 | POWDER FREE LATEX GLOVE LARGE | 1000 | T | 33.95 | CS | 33.95 |

| ITEMS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 108.60 | .000 | .00 | 28.34 | 136.94 |

REC'D BY _____ TIME _____
NAME (PRINT) _____ PCS. _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BQ9855 |
| INVOICE DATE |
| 01/02/08 |

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY     10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42851 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 15 | CS |  | CB520 | C-FOLD TOWEL | 2400 | T | 20.50 | CS | 307.50 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 15 | .00 | 307.50 | 7.375 | 22.68 | .00 | 330.18 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR0112
INVOICE DATE: 01/03/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY     10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42868 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | CB920 | C-FOLD TOWEL | 2400 | T | 20.50 | CS | 205.00 |

| S | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 10 | .00 | 205.00 | 7.375 | 15.12 | .00 | 220.12 |

'D BY _____  TIME _____
1E (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL