

"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR1660
INVOICE DATE: 01/10/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY         11590

**SHIP TO:**
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN: ANDY ARANGO
WOODBRIDGE, NJ       07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42993 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS | | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 10 | CS | | RB600 | ROLL TOWEL WHITE 12/600' CORO | 12 | T | 37.95 | CS | 379.50 |
| 10 | CS | | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 209.50 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 30 | .00 | 938.50 | 7.000 | 65.70 | .00 | 1004.20 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX
*The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of ___

STOP:
** INVOICE **

**INVOICE NUMBER**
BR1661

**INVOICE DATE**
01/10/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

**SHIP TO:**
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN:  ANDY ARANGO
WOODBRIDGE, NJ      07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42994 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CS |  | 90139 | WINDEX READY TO USE 12/32OZ | 12 | T | 34.95 | CS | 104.85 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| 3 | .00 | 104.85 | 7.000 | 7.34 | .00 | 112.19 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
OMER: *PLEASE FILL IN ALL INFORMATION*

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR1758
INVOICE DATE: 01/10/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY   11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY   11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42995 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 15 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 524.25 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.00 |
| 3 | CS |  | FRS1-WB-LE | LEMON ODOR CONTERACTANT | 4 | T | 59.00 | CS | 177.00 |
| 3 | CS |  | 3MM04790 | 3M TROUBLE SHOOTER | 12 | T | 97.95 | CS | 293.85 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 1360.10 | 8.625 | 117.31 | .00 | 1477.41 |

'D BY _____   TIME _____
IE (PRINT) _____   PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of __

STOP:
** INVOICE **

INVOICE NUMBER: BR1872
INVOICE DATE: 01/11/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

**SHIP TO:**
FORTUNOFF
ATTN:  ANDY ARANGO
250 WAYNE TOWNE CENTER
WAYNE, NJ        07470

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43018 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CS |  | PB3340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 150.00 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | .00 | 150.00 | 7.000 | 10.50 | .00 | 160.50 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of

STOP:
** INVOICE **

INVOICE NUMBER: BR2149
INVOICE DATE: 01/14/08

*Providing quality products and reliable services, enabling our customers to focus on their customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY  11590

SHIP TO:
FORTUNOFF
610 ROUTE 110
MELVILLE, NY  11747

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43062 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS |  | 378MS | 8oz MYSTIQUE HOT CUP | 1000 | T | 41.95 | CS | 83.9 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | .00 | 83.90 | 8.625 | 7.24 | .00 | 91.14 |

'D BY _____  TIME _____
IE (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR2881
INVOICE DATE: 01/16/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY  11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY  11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42968 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | EA | | BRU20224 | 24" PUSH BROOM BLACK TAMPICO | 1 | T | 12.95 | EA | 25.9 |
| 2 | EA | | BRU20436 | 36" PUSH BROOM GRAY FLAGGED | 1 | T | 19.95 | EA | 39.9 |
| 4 | EA | | BRHND | BROOM HANDLE WOODEN | 1 | T | 2.99 | EA | 11.9 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 8 | .00 | 77.76 | 8.625 | 6.71 | .00 | 84.47 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*The Right Solution For Every Packaging Need*

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of __

STOP:
** INVOICE **

INVOICE NUMBER: BR2929
INVOICE DATE: 01/16/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY  11590

**SHIP TO:**
FORTUNOFF
ATT: ANDY ARANGO
26 BACKUS AVENUE -SPACE #4
DANBURY, CT  06810

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43063 | UPS | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 20.95 |
| 1 | CS |  | PB3340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 18.75 |
|  |  |  | YOUR ORDER WAS TAKEN BY NEIDA, Ext. 239 |  |  |  |  |  |  |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | .00 | 39.70 | 6.000 | 2.38 | .00 | 42.08 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BR2992 |

| INVOICE DATE |
|---|
| 01/17/08 |

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY    10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43064 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | 100-216 | POWDER FREE LATEX GLOVE LARGE | 1000 | T | 33.95 | CS | 33.9 |
| 1 | CS |  | REC77182 | LYSOL SANITIZING WIPES CITRUS | 420 | T | 34.95 | CS | 34.9 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| 2  .00 | 68.90 | 7.375 | 5.08 | .00 | 73.98 |

BY _____   TIME _____
(PRINT) _____  PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

**STOP:**
** INVOICE **

**INVOICE NUMBER**
BR3342

**INVOICE DATE**
01/18/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
750 ZECKENDOFF BLVD
GARDEN CITY, NY    11530

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43154 | BORAX TRUCK | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | 9128-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 107.8 |
| 2 | BX |  | USCD | URINAL SCREEN+BLOCK | 12 | T | 9.95 | BX | 19.9 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.0 |
| 4 | CS |  | TWRAG | T SHIRT RAGS (30#/CS) | 30 | T | 59.95 | CS | 239.8 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 732.50 | 8.625 | 63.44 | 3.00 | 798.94 |

BY _____
(PRINT) _____
OMER: PLEASE FILL IN ALL INFORMATION

TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of ____

STOP:
** INVOICE **

INVOICE NUMBER: BR3347
INVOICE DATE: 01/18/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
610 ROUTE 110
MELVILLE, NY    11747

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FDR017 | 516 832-9000 | NET 15 DAYS | 943088 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | 9128-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 26.95 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 26.95 | 8.625 | 2.32 | .00 | 29.27 |

BY _____
(PRINT) _____  TIME _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION  PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR3396
INVOICE DATE: 01/18/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ    07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43151 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | 3M76 | SCOURING PAD 6X9 GREEN (3M) | 3 | T | 25.95 | CS | 103.80 |

|  | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 103.80 | 7.000 | 7.27 | .00 | 111.07 |

'D BY _____    TIME _____
E (PRINT) _____    PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

'The Right Solution For Every Packaging Need"

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of __

STOP:
** INVOICE **

**INVOICE NUMBER:** BR3512
**INVOICE DATE:** 01/18/08

**DRIVER MESSAGE**

**MARKETING MESSAGE**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY          11590

**SHIP TO:**
FORTUNOFF
51 CHAMBERS BRIDGE ROAD
BRICK, NJ          08723

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43006 | UPS | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | CB520 | C-FOLD TOWEL | 2400 | T | 20.50 | CS | 41.00 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 41.00 | 7.000 | 2.87 | .00 | 43.87 |

BY _____
(PRINT) _____
OMER: PLEASE FILL IN ALL INFORMATION
TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
*The Right Solution For Every Packaging Need*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **
INVOICE NUMBER: BR3544
INVOICE DATE: 01/21/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

SOLD TO:
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY   11590

SHIP TO:
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY   11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43091 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | CW4 | DISINFECT RESTROOM CLEANER | 1 | T | 60.20 | CS | 240.80 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 240.80 | 8.625 | 20.77 | .00 | 261.57 |

'D BY _____   TIME _____   PCS. _____
ME (PRINT) _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of

STOP:
** INVOICE **

INVOICE NUMBER: BR3694
INVOICE DATE: 01/22/08

**DRIVER MESSAGE**

**MARKETING MESSAGE**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY    10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42778 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS | | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 171.80 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4 | .00 | 171.80 | 7.375 | 12.67 | .00 | 184.47 |

BY _____ TIME _____
(PRINT) _____ PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

INVOICE NUMBER: BR3883
INVOICE DATE: 01/22/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH–11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY    11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42902 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 300.65 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 7 | .00 | 300.65 | 8.625 | 25.93 | .00 | 326.58 |

R'D BY _____ TIME _____
NE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL