# BORAX
### PAPER PRODUCTS, INC.
*The Right Solution For Every Packaging Need*

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

STOP:
** INVOICE **

**INVOICE NUMBER**
BR3884

**INVOICE DATE**
01/22/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY      11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 42779 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 429.50 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 10 | .00 | 429.50 | 8.625 | 37.04 | .00 | 466.54 |

_____ BY _____ TIME _____
(PRINT) _____ PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page ___1___ of _____

STOP:
** INVOICE **

**INVOICE NUMBER**
BR3969

**INVOICE DATE**
01/22/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

**SHIP TO:**
FORTUNOFF
ROXBURY MALL, UNIT 270 & 280
275 HIGHWAY 10
LEDGEWOOD, NJ        07876

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43194 | UPS | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 34.95 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 34.95 | 7.000 | 2.45 | .00 | 37.40 |

BY _____
(PRINT) _____
OMER: PLEASE FILL IN ALL INFORMATION

TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX

**"The Right Solution For Every Packaging Need"**

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

**INVOICE NUMBER:** BR4053
**INVOICE DATE:** 01/23/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY        11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY        11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| R GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43089 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | PGC43516 | MR CLEAN MAGIC ERASER 6/4 | 24 | T | 27.95 | CS | 27.95 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 27.95 | 8.625 | 2.41 | .00 | 30.36 |

) BY _____  TIME _____
(PRINT) _____ PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

**INVOICE NUMBER**
BR4054

**INVOICE DATE**
01/23/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY    11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43091 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | | REG07005 | MASTERPIECE WAX STRIPPER | 1 | T | 69.95 | PL | 69.9 |
| 2 | CS | | PGC43516 | MR CLEAN MAGIC ERASER 6/4 | 24 | T | 27.95 | CS | 55.9 |
| 2 | CS | | 3MM05516 | 20" HI-PRODUCTION STRIP PAD | 5 | T | 44.95 | CS | 89.9 |
| 1 | CS | | DRK90685 | NEUTRALIZER PACKETS | 180 | T | 49.95 | CS | 49.9 |
| 6 | EA | | RCPP271 | CARPET BONNET 21" | 1 | T | 20.95 | EA | 125.7 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 12 | .00 | 391.40 | 8.625 | 33.76 | .00 | 425.16 |

D BY _____    TIME _____
E (PRINT) _____    PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

# BORAX
*The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

STOP:
** INVOICE **

**INVOICE NUMBER**
BR4086

**INVOICE DATE**
01/23/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

**SHIP TO:**
FORTUNOFF
ATT: ANDY ARANGO
150 ROUT 17 NORTH
PARAMUS, NJ      07652

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43199 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 83.8 |
| 1 | CS |  | 100-216 | POWDER FREE LATEX GLOVE LARGE | 1000 | T | 33.95 | CS | 33.9 |
| 1 | CS |  | 378MS | 8oz MYSTIQUE HOT CUP | 1000 | T | 41.95 | CS | 41.9 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 159.70 | 7.000 | 11.18 | .00 | 170.88 |

D BY _____  TIME _____
E (PRINT) _____  PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX PAPER PRODUCTS, INC.

"The Right Solution For Every Packaging Need"

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of __

STOP:
** INVOICE **

INVOICE NUMBER: BR4626
INVOICE DATE: 01/25/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF JERSEY CITY WRHS
ATT: ANDY ARANGO
99 CAVEN POINT
JERSEY CITY, NJ    07305

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43241 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 174.7 |
| 5 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 182.5 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 357.25 | 7.000 | 25.01 | .00 | 382.26 |

BY _____
(PRINT) _____
OMER: PLEASE FILL IN ALL INFORMATION
TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712



# PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

STOP:
** INVOICE **

**INVOICE NUMBER**
BR4629

**INVOICE DATE**
01/25/08

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
441 WOODBRIDGE CTR. DRIVE
ATTN:  ANDY ARANGO
WOODBRIDGE, NJ    07095

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43242 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 2 | CS |  | 5N25 | TRANSLUCENT CUP 5oz | 2500 | T | 32.95 | CS | 65.90 |
| 1 | CS |  | KCC21400 | FACIAL TISSUE 36/100 KLEENEX | 36 | T | 41.95 | CS | 41.95 |
| 3 | CS |  | TMS2512 | TIME MIST LINEN/POWDER AIR FR | 12 | T | 39.95 | CS | 119.85 |
| 5 | CS |  | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 214.75 |
| 3 | CS |  | TOILET/SC | TOILET SEAT COVERS | 5000 | T | 34.95 | CS | 104.85 |
| 4 | CS |  | 912B-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 107.80 |
| 3 | BX |  | USCD | URINAL SCREEN+BLOCK | 12 | T | 9.95 | BX | 29.85 |
| 10 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 365.00 |
| 15 | CS |  | PB4060 | LINER 40X60 CLEAR | 200 | T | 20.95 | CS | 314.25 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 56 | .00 | 1713.70 | 7.000 | 119.96 | .00 | 1833.66 |

D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
## PAPER PRODUCTS, INC.
"The Right Solution For Every Packaging Need"

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page __1__ of ____

STOP:
** INVOICE **

**INVOICE NUMBER:** BR5035
**INVOICE DATE:** 01/28/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF JERSEY CITY WRHS
ATT: ANDY ARANGO
99 CAVEN POINT
JERSEY CITY, NJ    07305

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43270 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | LUXBOWL | BOWL CLEANER (MINT) | 12/1 |  | 22.95 | CS | 22.95 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 1 | .00 | 22.95 | 7.000 | 1.61 | .00 | 24.56 |

D BY _____
E (PRINT) _____
OMER: PLEASE FILL IN ALL INFORMATION
TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



**BORAX**
*The Right Solution For Every Packaging Need*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of _____

STOP:
** INVOICE **

| INVOICE NUMBER |
|---|
| BR5100 |

| INVOICE DATE |
|---|
| 01/28/08 |

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY    11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43269 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 30 | EA |  | 32/TRSP | TRIGGER BOTTLE&SPRAYER | 1 | T | 1.49 | EA | 44.7 |
| 5 | CS |  | TOILET/SC | TOILET SEAT COVERS | 5000 | T | 34.95 | CS | 174.7 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 219.45 | 8.625 | 18.93 | .00 | 238.38 |

D BY _____ TIME _____
E (PRINT) _____ PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
"The Right Solution For Every Packaging Need"

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of __

** INVOICE **

**INVOICE NUMBER:** BR5243
**INVOICE DATE:** 01/29/08

**DRIVER MESSAGE:**

**MARKETING MESSAGE:**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE:**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF JERSEY CITY WRHS
ATT: ANDY ARANGO
99 CAVEN POINT
JERSEY CITY, NJ     07305

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43282 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | PINE | PINE CLEANER | 4 | T | 19.95 | CS | 19.9 |
| 1 | CS | | TMS2512 | TIME MIST LINEN/POWDER AIR FR | 12 | T | 39.95 | CS | 39.9 |
| 1 | DZ | | EP712 | URINAL BLOCK | 12 | T | 6.95 | DZ | 6.9 |
| 1 | CS | | FABULOUS | CLEANER & DEODORIZER 4/1GAL | 4 | T | 39.95 | CS | 39.9 |
| 1 | CS | | 9128-12 | SOAP BAG-IN-BOX 800ML | 12 | T | 26.95 | CS | 26.9 |
| 1 | CS | | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 193.35 | 7.000 | 13.53 | .00 | 206.88 |

'D BY _____
E (PRINT) _____
TOMER: PLEASE FILL IN ALL INFORMATION

TIME _____
PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX PAPER PRODUCTS, INC.

*'The Right Solution For Every Packaging Need"*

1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page 1 of __

STOP:
** INVOICE **

INVOICE NUMBER: BR5498
INVOICE DATE: 01/30/08

**DRIVER MESSAGE**

**MARKETING MESSAGE**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY   11590

**SHIP TO:**
FORTUNOFF, C/O HANOVER
ATT: ANDY ARANGO
100 CENTRAL AVE -BLDG #17
SOUTH KEARNY, NJ   07032

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43303 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CS | | EACO755 | STAINLESS STEEL CLEANER | 12 | T | 42.95 | CS | 343.60 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 343.60 | 7.000 | 24.05 | .00 | 367.65 |

D BY _____ TIME _____
E (PRINT) _____ PCS. _____
OMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
### "The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

Page 1 of ___

STOP:
** INVOICE **

**INVOICE NUMBER:** BR5569
**INVOICE DATE:** 01/30/08

**DRIVER MESSAGE**

**MARKETING MESSAGE**
VISIT US @ THE JAVITS CTR
MARCH 9TH-11TH BOOTH#1425
INTERNATIONAL RESTAURANT
& FOOD SHOW

**CUSTOMER MESSAGE**

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY    11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
1300 OLD COUNTRY OLD
WESTBURY, NY    11590

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43314 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 15 | CS | | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 524.25 |
| 2 | CS | | 5N25 | TRANSLUCENT CUP 5oz | 2500 | T | 32.95 | CS | 65.90 |
| 15 | CS | | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 547.50 |
| 2 | CS | | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 119.20 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 34 | .00 | 1256.85 | 8.625 | 108.40 | .00 | 1365.25 |

'D BY _____    TIME _____
E (PRINT) _____    PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER
MONTH (18% PER ANNUM) WILL BE
ASSESSED ON INVOICES REMAINING
UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL



# BORAX
*"The Right Solution For Every Packaging Need"*

## PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page ___1___ of _____

**STOP:**

**\*\* INVOICE \*\***

**INVOICE NUMBER**
BR5571

**INVOICE DATE**
01/30/08

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY      11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
70 CHARLES LINDBERGH BLVD
UNIONDALE, NY      11553

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 943253 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS |  | MTS40703 | LIFTOFF #2 ADHESIVE 67/32oz | 6 | T | 69.95 | CS | 69.95 |

| NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|
| .00 | 69.95 | 8.625 | 6.03 | .00 | 75.98 |

BY _____
(PRINT) _____ TIME _____
CUSTOMER: PLEASE FILL IN ALL INFORMATION      PCS. _____

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL