# BORAX

*The Right Solution For Every Packaging Need*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

Page __1__ of ____

STOP:
** INVOICE **

INVOICE NUMBER: BR6388
INVOICE DATE: 02/04/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR<br>MARCH 9TH-11TH BOOTH#1425<br>INTERNATIONAL RESTAURANT<br>& FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY 11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARRANGO
1 MAPLE AVENUE
WHITE PLAINS, NY 10601

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 943347 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CS |  | TM1604 | TOILET TISSUE CORONET | 48 | T | 34.95 | CS | 349.50 |
| 1 | CS |  | CPC04910 | PALMOLIVE 4-1 GAL/CS DISHWASH | 4 | T | 43.95 | CS | 43.95 |
| 5 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 182.50 |
| 0 | CS |  | 4/EA9212 | LOTION SOAP WHITE | 4 | T | 26.95 | CS | .00 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 16 | .00 | 575.95 | 7.375 | 42.48 | .00 | 618.43 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

REMIT TO: BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX

*"The Right Solution For Every Packaging Need"*

**PAPER PRODUCTS, INC.**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

** INVOICE **

**INVOICE NUMBER:** BR6493
**INVOICE DATE:** 02/04/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY 11590

**SHIP TO:**
FORTUNOFF
1155 PARAMUS PARK MALL
ATTN: ANDY ARANGO
PARAMUS, NJ 07652

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43349 | BORAX TRUCK * | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CS |  | RB6002 | ROLL TOWEL WHITE 12/600' | 12 | T | 36.50 | CS | 73.00 |

| PCS | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 2 | .00 | 73.00 | 7.000 | 5.11 | .00 | 78.11 |

'D BY _____ TIME _____
1E (PRINT) _____ PCS. _____
:TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

**BORAX**
"The Right Solution For Every Packaging Need"

**PAPER PRODUCTS, INC**
1390 SPOFFORD AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

Page 1 of ___

*Providing quality products and reliable services, enabling **our** customers to focus on **their** customers.*

STOP:
** INVOICE **
INVOICE NUMBER: BR6491
INVOICE DATE: 02/04/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
| | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW | |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY 11590

**SHIP TO:**
FORTUNOFF
ATTN: ANDY ARANGO
250 WAYNE TOWNE CENTER
WAYNE, NJ 07470

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 43350 | BORAX TRUCK | 11-2035980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CS | | PGC40509 | SWIFFER HAND DUSTERS | 9 | T | 42.95 | CS | 214.75 |
| 1 | CS | | REC74276 | LYSOL COUNTRY SPRAY | 12 | T | 59.60 | CS | 59.60 |

| | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 274.35 | 7.000 | 19.20 | .00 | 293.55 |

'D BY _____ TIME _____
IE (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL

# BORAX PAPER PRODUCTS, INC.

"The Right Solution For Every Packaging Need"

890 S. OAK DRIVE AVENUE
BRONX, NEW YORK 10474
(718) 665-8500 • FAX (718) 665-3661
www.boraxpaper.com

*Providing quality products and reliable services,
enabling **our** customers to focus on **their** customers.*

** INVOICE **

**INVOICE NUMBER:** BR6451
**INVOICE DATE:** 02/04/08

| DRIVER MESSAGE | MARKETING MESSAGE | CUSTOMER MESSAGE |
|---|---|---|
|  | VISIT US @ THE JAVITS CTR MARCH 9TH-11TH BOOTH#1425 INTERNATIONAL RESTAURANT & FOOD SHOW |  |

**SOLD TO:**
FORTUNOFF SHOPPING CENTER, INC
FORTUNOFF FINE JEWELRY
P.O. BOX 836
WESTBURY, NY     11590

**SHIP TO:**
FORTUNOFF
ATT: KEVIN HALPIN
3 WEST 57TH STREET
NEW YORK, NY     10019

| SLMN | ACCT. NO. | PHONE | TERMS | CUSTOMER P.O. | SHIP VIA | TAX RESALE # |
|---|---|---|---|---|---|---|
| GB | FOR017 | 516 832-9000 | NET 15 DAYS | 543948 | BORAX TRUCK | 11-2085980 |

| QTY. SHIPPED | S/U | QTY. B/O | ITEM CODE | DESCRIPTION | CASE PACK | TAX | UNIT PRICE | P/U | EXT. PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CS |  | P63340 | LINER 33X40 CLEAR (CORELESS) | 500 | T | 18.75 | CS | 112.50 |
| 0 | CS |  | 4/EA9212 | LOTION SOAP WHITE | 4 | T | 26.95 | CS | .00 |

| S | NON-TAX AMT. | TAXABLE AMT. | TAX RATE | SALES TAX | FREIGHT | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 6 | .00 | 112.50 | 8.375 | 9.42 | .00 | 121.92 |

'D BY _____ TIME _____
E (PRINT) _____ PCS. _____
TOMER: PLEASE FILL IN ALL INFORMATION

A SERVICE CHARGE OF 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ASSESSED ON INVOICES REMAINING UNPAID AFTER 60 DAYS.

**REMIT TO:** BORAX PAPER PRODUCTS, INC.
GENERAL POST OFFICE
PO BOX 27712
NEW YORK, NY 10087-7712

ORIGINAL